# UNITED STATES DISTRICT COURT

District of Hawaii

UNITED STATES OF AMERICA

V.

RYAN MATHERS (01)
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 08-00655 DAE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 14 2008
at /O o'clock and __ min __ M
SUE BEITIA, CLERK

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number)<br><br>Before: Leslie E. Kobayashi, United States Magistrate Judge | Room<br><br>AS DESIGNATED |
|---|---|
| | Date and Time<br><br>November 13, 2008 @ 3:30 pm |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 371; 641 & 2; 554 & 2.

Brief description of offense:

CT 1: Conspiracy to sell, convey and dispose of property of the USA
CT 2: Sell, convey and dispose of property of the USA
CT 3: Conspiracy to sell, facilitate the sale of an article & object, prior to exportation, contrary to the International Trafficking in Arms Regulation
CT 4: Sell, facilitate the sale of an article & object, prior to exportation, contrary to the International Trafficking in Arms Regulation

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by EPS
Signature of Issuing Officer/Deputy Clerk

November 13, 2008
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                          CR 08-00655 DAE 01 USA v Mathers

# RETURN OF SERVICE

Service as made by me on:[1]  Ryan Mathers    Date  11/13/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: ~~300~~ Ala Moana Blvd Honolulu, HI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  11/13/08
                Date

Mark M. Hanohano
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure