**ORIGINAL**

| PROB 22 (Rev 2/88) | | DOCKET NUMBER *(Tran Court)* CR 08-00655HG-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII **May 13, 2015** SUE BEITIA, CLERK | DOCKET NUMBER *(Rec Court)* |

| NAME OF PROBATIONER/SUPERVISED RELEASEE RYAN MATHERS | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM 8/22/14 | TO 8/21/17 |

**OFFENSE**

<u>Counts 1 and 3</u>: Conspiracy to Sell Protected Merchandise Prior to Exportation, in violation of 18 U.S.C. §§ 554 and 371, a Class D felony

<u>Counts 4 and 11</u>: Exportation of a Defense Article Without a License, in violation of 22 U.S.C. §§ 2778(b)(2) and (c) and 22 C.F.R. §§ 121.1, 123.1, and 127.1, a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Virginia (Roanoke)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-28-15
Date

*[signature]*
Helen Gillmor, Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA (Roanoke)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 13, 2015
Effective Date

*[signature]*
United States District Judge