# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 13, 2015

Office of the Clerk
U.S. Districts Courts, Western District of Virginia (Roanoke)
210 Franklin Road S.W.  Suite 540
Roanoke, VA 24011-2208


RE:   USA vs. Ryan Mathers (01)
      USDC Hawaii   CR 08-00655 HG
      Transfer of Jurisdiction, Prob 22

Dear Clerk of Court :

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, enclosed are certified copies of the following documents:

   ( X )   Second Superseding Indictment
   ( X )   Judgment in a Criminal Case
   ( X )   Docket Sheet

This case is available electronically.  CM/ECF may be accessed through the Court's Internet Web Site: http://www/hid.uscourts.gov and through the ECF link: https://ecf.hid.uscourts.gov.

Kindly acknowledge receipt of the documents on a copy of this letter and return in the enclosed envelope.

Sincerely,
SUE BEITIA, Clerk

by: /s/ Eileen Sakoda
    Deputy Clerk

encl.
cc:   US Probation - Honolulu
Receipt is acknowledged by: Clerk, US District Court


Dated:_____    By:_____